AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boland, Boyd N. | U.S. District Court, Colorado | 08/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full-Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

US Courthouse
901 19th Street
Denver, CO 80294

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boland, Boyd N. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US BANKCORP CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 2. AMERICAN FUNDS THE GROWTH FUND OF AMERICA | A | Dividend | | | Sold | 05/31/13 | J | A | |
| 3. AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND | A | Dividend | | | Sold | 05/31/13 | J | A | |
| 4. AMERICAN FUNDS FUNDAMENTAL INVESTMENTS | A | Dividend | | | Sold | 05/31/13 | J | A | |
| 5. AMERICAN FUNDS INVESTMENT COMPANY OF AMERICA | A | Dividend | | | Sold | 05/31/13 | J | A | |
| 6. AMERICAN FUNDS THE GROWTH FUND OF AMERICA | B | Dividend | | | Sold | 05/31/13 | N | E | |
| 7. AMERICAN FUNDS NEW PERSPECTIVE | C | Dividend | | | Sold | 05/31/13 | N | E | |
| 8. AMERICAN FUNDS SMALLCAP WORLD FUND | C | Dividend | | | Sold | 05/31/13 | N | E | |
| 9. AMERICAN FUNDS NEW PERSPECTIVE FUND | A | Dividend | | | Sold | 05/29/13 | J | A | |
| 10. AMERICAN FUNDS CAPITAL WORLD GROWTH AND INCOME FUND | A | Dividend | | | Sold | 06/03/13 | J | A | |
| 11. AMERICAN FUNDS FUNDAMENTAL INVESTORS | A | Dividend | | | Sold | 06/03/13 | J | A | |
| 12. AMERICAN FUNDS THE INVESTMENT COMPANY OF AMERICA | A | Dividend | | | Sold | 06/03/13 | J | A | |
| 13. AMERICAN FUNDS THE GROWTH FUND OF AMERICA | A | Dividend | | | Sold | 06/03/13 | L | D | |
| 14. AMERICAN FUNDS NEW PERSPECTIVE FUND | A | Dividend | | | Sold | 06/03/13 | L | D | |
| 15. FIDELITY IRA # L | | | | | | | | | |
| 16. -STRATEGIC ADVISERS CORE FUND | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 17. | | | | | Sold (part) | 06/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 5 of 14

Name of Person Reporting

Boland, Boyd N.

Date of Report

08/08/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/24/13 | J | | |
| 19. | | | | | Sold (part) | 08/06/13 | J | A | |
| 20. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 21. | | | | | Sold (part) | 11/26/13 | J | A | |
| 22. -STRATEGIC ADVISERS GROWTH FUND | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 23. | | | | | Sold (part) | 09/13/13 | J | A | |
| 24. | | | | | Sold (part) | 11/26/13 | J | A | |
| 25. -STRATEGIC ADVISERS VALUE FUND | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 26. | | | | | Sold (part) | 11/26/13 | J | A | |
| 27. -STRATEGIC ADVISERS EMERGING MARKETS | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 28. | | | | | Sold (part) | 07/24/13 | J | | |
| 29. | | | | | Sold (part) | 09/13/13 | J | | |
| 30. | | | | | Sold (part) | 11/26/13 | J | A | |
| 31. -STRATEGIC ADVISERS US OPPTY FUND | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 32. | | | | | Sold (part) | 11/26/13 | J | A | |
| 33. -STRATEGIC ADVISERS SMALL-MID CAP FD | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 34. | | | | | Buy (add'l) | 07/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boland, Boyd N. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 36. | | | | | Sold (part) | 11/26/13 | J | A | |
| 37. -STRATEGIC ADVISERS INTERNATIONAL FUND | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 38. | | | | | Buy (add'l) | 06/26/13 | J | | |
| 39. | | | | | Sold (part) | 08/06/13 | J | A | |
| 40. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 41. | | | | | Sold (part) | 11/26/13 | J | A | |
| 42. -FIDELITY SHORT TERM BOND | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 43. | | | | | Sold (part) | 09/13/13 | J | | |
| 44. | | | | | Sold (part) | 11/07/13 | J | | |
| 45. | | | | | Sold (part) | 11/26/13 | J | A | |
| 46. -FIDELITY TOTAL BOND | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 47. -STRATEGIC ADVISERS SHORT DURATION FUND | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 48. | | | | | Sold (part) | 08/06/13 | J | | |
| 49. | | | | | Sold (part) | 10/15/13 | J | | |
| 50. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 51. -STRATEGIC ADVISERS INCOME OPPORTUNITIES | A | Dividend | J | T | Buy | 06/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boland, Boyd N. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 53. -STRATEGIC ADVISERS CORE INCOME FUND | A | Dividend | K | T | Buy | 06/05/13 | J | | |
| 54. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 55. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 56. | | | | | Buy (add'l) | 11/26/13 | K | | |
| 57. -FIMM MMKT PORT INST CL (X) | A | Dividend | J | T | Open | 06/03/13 | J | | |
| 58. | | | | | Sold (part) | 07/24/13 | J | | |
| 59. | | | | | Sold (part) | 08/06/13 | J | | |
| 60. | | | | | Sold (part) | 08/13/13 | J | | |
| 61. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 62. | | | | | Sold (part) | 11/26/13 | J | | |
| 63. -ARDEN ALTERNATIVE STRATEGIES CLASS I | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 64. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 65. -PIMCO TOTAL RETURN ADMINISTRATIVE SHS | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 66. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 67. -PIMCO SHORT TERM ADMINISTRATIVE SHS | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 68. | | | | | Sold (part) | 11/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boland, Boyd N. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 70. -TEMPLETON GLOBAL BOND CLASS A | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 71. | | | | | Sold (part) | 11/26/13 | J | A | |
| 72. -FIDELITY GNMA FUND | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 73. -MERGER FUND | A | Dividend | J | T | Buy | 11/26/13 | J | | |
| 74. -BLACKSTONE ALTERNATV MULTI MANAGER I | A | Dividend | J | T | Buy | 08/06/13 | J | | |
| 75. FIDELITY IRA #B | | | | | | | | | |
| 76. -ARDEN ALTERNATIVE STRATEGIES CLASS I | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 77. -FIDELITY TOTAL BOND | A | Dividend | K | T | Buy | 06/05/13 | L | | |
| 78. | | | | | Sold (part) | 11/26/13 | K | | |
| 79. -STRATEGIC ADVISERS CORE FUND | A | Dividend | M | T | Buy | 06/05/13 | M | | |
| 80. | | | | | Sold (part) | 06/26/13 | J | | |
| 81. | | | | | Sold (part) | 07/24/13 | J | | |
| 82. | | | | | Sold (part) | 09/13/13 | J | | |
| 83. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 84. | | | | | Sold (part) | 11/26/13 | K | B | |
| 85. -STRATEGIC ADVISERS GROWTH FUND | A | Dividend | L | T | Buy | 06/05/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boland, Boyd N. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/13/13 | J | A | |
| 87. | | | | | Sold (part) | 11/26/13 | K | | |
| 88. -STRATEGIC ADVISERS VALUE FUND | A | Dividend | L | T | Buy | 06/05/13 | M | | |
| 89. | | | | | Sold (part) | 11/07/13 | J | A | |
| 90. | | | | | Sold (part) | 11/26/13 | K | B | |
| 91. -STRATEGIC ADVISERS SHORT DURATION FUND | A | Dividend | L | T | Buy | 06/05/13 | L | | |
| 92. | | | | | Sold (part) | 06/26/13 | J | | |
| 93. | | | | | Sold (part) | 07/24/13 | J | | |
| 94. | | | | | Sold (part) | 08/08/13 | J | | |
| 95. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 96. | | | | | Sold (part) | 11/26/13 | J | | |
| 97. -STRATEGIC ADVISERS -EMERGING MARKETS | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 98. | | | | | Sold (part) | 07/24/13 | J | | |
| 99. | | | | | Sold (part) | 09/13/13 | J | | |
| 100. -STRATEGIC ADVISERS US OPPTY FUND | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 101. | | | | | Sold (part) | 11/26/13 | J | B | |
| 102. -STRATEGIC ADVISERS SMALL-MID CAP FD | A | Dividend | K | T | Buy | 06/05/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boland, Boyd N. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/26/13 | J | | |
| 104. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 105. | | | | | Sold (part) | 11/26/13 | J | B | |
| 106.  -STRATEGIC ADVISERS INTERNATIONAL FUND | B | Dividend | M | T | Buy | 06/05/13 | M | | |
| 107. | | | | | Sold (part) | 06/26/13 | J | | |
| 108. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 109. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 110. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 111. | | | | | Sold (part) | 11/26/13 | K | C | |
| 112.  -STRATEGIC ADVISERS INCOME OPPORTUNITIES | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 113.  -STRATEGIC ADVISERS CORE INCOME FUND | A | Dividend | M | T | Buy | 06/05/13 | M | | |
| 114. | | | | | Sold (part) | 06/26/13 | J | | |
| 115. | | | | | Buy (add'l) | 07/24/13 | J | | |
| 116. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 117. | | | | | Buy (add'l) | 11/26/13 | M | | |
| 118.  -MERGER FUND | A | Dividend | K | T | Buy | 06/05/13 | J | | |
| 119. | | | | | Buy (add'l) | 11/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -METROPOLITAN WEST LOW DURATION M | A | Dividend | | | Buy | 06/05/13 | J | | |
| 121. | | | | | Sold (part) | 10/15/13 | J | | |
| 122. | | | | | Sold | 11/07/13 | J | | |
| 123. -PIMCO TOTAL RETURN ADMINISTRATIVE SHS | A | Dividend | K | T | Buy | 06/05/13 | K | | |
| 124. | | | | | Sold (part) | 11/26/13 | K | | |
| 125. -PIMCO SHORT TERM ADMINISTRATIVE SHS | A | Dividend | J | T | Buy | 06/05/13 | J | | |
| 126. | | | | | Sold (part) | 08/08/13 | J | | |
| 127. -TEMPLETON GLOBAL BOND CLASS A | A | Dividend | K | T | Buy | 06/05/13 | J | | |
| 128. -FIMM MMKT PORT INST CL (X) | A | Dividend | J | T | Open | 06/03/13 | J | | |
| 129. | | | | | Sold (part) | 07/24/13 | J | | |
| 130. | | | | | Sold (part) | 08/08/13 | J | | |
| 131. | | | | | Sold (part) | 08/13/13 | J | | |
| 132. | | | | | Sold (part) | 11/26/13 | J | | |
| 133. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 134. -BLACKSTONE ALTERNTV MULTI X MANAGER I | A | Dividend | J | T | Buy | 08/08/13 | J | | |
| 135. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 136. -FIDELITY SHORT TERM BOND X | A | Dividend | J | T | Buy | 11/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boland, Boyd N. | 08/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -FIDELITY GNMA FUND X | A | Dividend | K | T | Buy | 11/26/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boland, Boyd N. | 08/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts.
Lines 57 and 128
We transferred our IRA's from American Funds to Fidelity. There were administrative transfers between accounts to accomplish selling American Funds and purchasing Fidelity. Fidelity does not report these as transactions. The first transaction for these accounts is 07/24/2013 with no opening date. I've estimated the opening date to be after the sale of American Funds and before the purchase of Fidelity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Boyd N. Boland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544